IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | * Case No. 97-229(JAF) |
| CARMEN GONZALEZ-MONTALVO, | * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF CHANGE OF ADDRESS

I, Carmen Gonzalez-Moltalvo defendant in the above styled case, respectfully request this Honorable court to change the records to the following address:

Carmen Gonzalez-Mcntalvo
Reg. No. 16103-069
F.C.C. Coleman-Camp
P.O. Box 1027
Coleman. Fl. 33521-1027

Respectfully;

_Carmen Gonzalez Montalvo_
Carmen Gonzalez-Montalvo
Pro-Se

### CERTIFICATE OF SERVICE

I, Carmen Gonzalez-Montalvo, certify under penalty of perjury that this Notice of Change of Address" was mailed to the clerk of the court this February 18, 2005 by first class pre-paid mail and a true and correct copy was mailed to the U.S. Attorney Office of P.R. the same day and the same means.

Respectfully;

_Carmen Gonzalez Montalvo_
Carmen Gonzalez-Montalvo.