IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>CARMEN GONZALEZ-MONTALVO,<br>Defendant. | CRIMINAL NO. 97-229(JAF) |

### UNITED STATES' OF AMERICA'S MOTION SUBMITTING ATTACHMENT

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

1. That the United States filed a response to Petitioner's Motion (Docket Entry 833), however, said motion should have been filed with an attachment which is being submitted herewith.

WHEREFORE, the United States very respectfully requests that this Honorable Court take notice of the above.

**United States of America's**
**Motion Submitting Attachment**
**Criminal No. 97-229(JAF)**
**Page 2**

   RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 10th day of March, 2005.

          H.S. GARCIA
          United States Attorney


          S/ *Rosa Emilia Rodríguez-Vélez*
          Rosa Emilia Rodríguez-Vélez
          Attorney for Plaintiff
          United States Attorney's Office
          Torre Chardón, Suite 1201
          350 Carlos Chardón Street
          San Juan, Puerto Rico 00918
          Tel: (787) 766-5656
          Fax: (787) 766-5632
          Email: rosa.rodriguez@usdoj.gov


## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this date, a copy of this motion was mailed to Petitioner Carmen González-Montalvo, Federal Correctional Center, Coleman Camp, PO Box 1027, Coleman FL 33521-1027.

At San Juan, Puerto Rico this 10th day of March, 2005.


          S/ *Rosa Emilia Rodríguez-Vélez*
          Rosa Emilia Rodríguez-Vélez